# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MATTHEW MIRE

NO. 2021 KW 1297

**NOVEMBER 1, 2021**

---

In Re:    Matthew Mire, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, Nos. 44495, 44496.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

    **WRIT APPLICATION DISMISSED** at relator's request.

                **VGW**
                **AHP**
                **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT